Edward W. Lukas Jr. State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Boulevard, Suite 800
Glendale, CA 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com

Glenn E. Forbis (*Pro Hac Vice* forthcoming)
Jeremiah J. Foley (*Pro Hac Vice* forthcoming)
HARNESS, DICKEY & PIERCE PLC
100 Bloomfield Hills Parkway, Suite 200
Bloomfield Hills, MI 48304
Telephone 248-641-1600
Email: gforbis@harnessip.com
jfoley@harnessip.com

Attorneys for Plaintiff MACUHEALTH, LP

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACUHEALTH, LP,<br><br>Plaintiff,<br><br>- v.-<br><br>ARMEN TORANYAN,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>**1. TRADEMARK INFRINGEMENT AND COUNTERFEITING (15 U.S.C. §1114);**<br>**2. SALE OF STOLEN PROPERTY (CAL. PEN. CODE §496);**<br>**3. CONVERSION;**<br>**4. CALIFORNIA UNFAIR COMPETITION (CAL. BUS. & PROF. CODE §17200); AND,**<br>**5. UNFAIR COMPETITION**<br><br>**[ACTION SEEKING STATEWIDE OR NATIONWIDE RELIEF (INJUNCTIVE RELIEF)]**<br><br>**[DEMAND FOR JURY TRIAL]** |

Plaintiff MacuHealth LP ("Plaintiff" or "MacuHealth") by its undersigned counsel as and for its Complaint against defendant Armen Toranyan ("Toranyan") hereby alleges as follows:

## NATURE OF THE ACTION

This is a trademark infringement, California Penal Code § 496, conversion and unfair competition under California Common Law, and unfair competition under California Bus. & Prof. Code § 17200 action against Toranyan for his selling of goods stolen prior to MacuHealth's quality control activities.

## THE PARTIES

1. Plaintiff MacuHealth is a Michigan Limited Partnership having a principal place of business at 70 E Long Lake Road, Bloomfield Hills, MI 48304.

2. Defendant Armen Toranyan is an adult individual who upon information and belief resides at 17627 Ludlow Street, Granada Hills, CA 91343.

## JURISDICTION AND VENUE

3. This action arises under the laws of the United States, Title 15 of the United States Code, 15 U.S.C. § 1114(a), California Penal Code § 496, and California Business and Professional Code § 17200.

4. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1332(a). This Court has subject matter jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

5. This Court has personal jurisdiction over Toranyan at least because Toranyan resides in and transacts business in California and in this judicial district.

/ / /

/ / /

/ / /

## GENERAL ALLEGATIONS

### MacuHealth

6. MacuHealth was established in 2006 and operates facilities at its headquarters in Bloomfield Hills, Michigan and at its distribution center in Phoenix, AZ.

7. MacuHealth manufactures, sells, and distributes dietary supplements, including supplements for improving ocular health.

8. MacuHealth manufactures, sells, and distributes a product called MacuHealth, which is clinically proven to improve eye health and visual performance.

9. MacuHealth is the owner of the trademark MACUHEALTH.

10. The standard character mark MACUHEALTH is registered under US Reg. No. 3655528.

11. MacuHealth uses the mark MACUHEALTH to brand its product. A photograph of the MacuHealth bottle as sold in stores is shown below:




12. MacuHealth sells and distributes its products throughout the United States.

13. The active ingredients in MacuHealth are lutein, meso-zeaxanthin, and zeaxanthin.

14. Twenty years of scientific research has demonstrated that the 10:10:2 ratio of lutein, meso-zeaxanthin, and zeaxanthin respectively increase macular pigment density, which supports visual health.

15. MacuHealth's label claims that it contains 10 mg of lutein, 10 mg of meso-zeaxanthin, and 2 mg of zeaxanthin.

16. MacuHealth requires that the product it distributes meet this label claim.

17. MacuHealth capsules are manufactured by a contractor. The manufacturer assigns a lot number to each lot it manufactures, laser prints the lot number on the bottom of the bottle, and ships the product to MacuHealth's distribution center in Phoenix, AZ.

18. When the product is received by the distribution center in Phoenix, AZ, it is sent to a laboratory to be analyzed to ensure the lot meets 100% of the label claim with less than 10% heterogeneity.

**The Theft of Lot # 274401**

19. Lot # 274401 of MacuHealth was stolen in October 2024.

20. Lot # 274401 continued 85,000 bottles of MacuHealth product which had yet to be tested for compliance with MacuHealth's label claim.

21. Lot # 274401 was set to be shipped from the manufacturer to MacuHealth's distribution facility in Arizona shortly before October 15, 2024.

22. A truck came to pick up Lot # 274401 from MacuHealth's manufacturer to MacuHealth's facility in Arizona.

23. Lot # 274401 was shipped to Chatsworth, California, a neighborhood of Los Angeles, instead of Arizona.

24. Upon information and belief, the trucking company had its identity stolen.

25. Upon information and belief, the person who stole the trucking company's information booked a fictitious shipment from the MacuHealth manufacturer's site to Chatsworth, California

26. The bottles in Lot # 274401 were not received by MacuHealth.

27. The bottles in Lot # 274401 were not analyzed to ensure the lot meets 100% of the label claim with less than 10% heterogeneity.

/ / /

/ / /

**Toranyan' s Sale of MacuHealth Bottles in Lot # 274401**

28. MacuHealth discovered suspicious listings on eBay posted by user artora-42 for what appeared to be MacuHealth bottles sold way under the market price.

29. MacuHealth retails for $82.95. One eBay listing sold five bottles for $89.37 and another sold three bottles for $57.93.

30. To investigate these suspicious listings, MacuHealth purchased an order of the five bottle set and an order of the three bottle set. The order confirmations from eBay are attached as Exhibit 1, hereto.

31. MacuHealth received two packages from this order. Both had the return address "Armen Toranyan 17627 HC1 LUDLOW CA 92338-9801." Images of the opened packages are attached as Exhibit 2, hereto.

32. The username artora-42 corresponds to the name ARmen TORAnyan.

33. Defendant Toranyan is the seller of the goods listed on eBay under the username artora-42.

34. Defendant Toranyan is listed as the incorporator and registered agent of Pallada Design, Inc. in California's Secretary of State's records. According to the records, his address is 17627 Ludlow Street Granada Hills, CA 91343.

35. Upon information and belief, Defendant Toranyan resides at 17627 Ludlow Street Granada Hills, CA 91343.

36. Defendant's address number, 17627, is the same as the street number provided on the return address on the packages MacuHealth received.

37. Defendant's street name, Ludlow, is the same as the city provided on the return address on the packages MacuHealth received.

38. Upon information and belief, Defendant Toranyan provided a fake address on the packages sent to MacuHealth.

39. Upon information and belief, Defendant Toranyan shipped the packages received by MacuHealth from the purchases made on eBay from user artora-42.

40. The packages combined contained eight bottles of "MacuHealth" containing the same label as MacuHealth's product. The bottom of each of the bottles were labeled "LOT # 274401". A photograph of the bottom of the bottles showing the lot number is attached as Exhibit 3, hereto.

41. The eight bottles of "MacuHealth" purchased on eBay from user artora-42 were stolen.

42. Defendant Toranyan operates the eBay listings under username artora-42.

43. Defendant Toranyan sold stolen property.

44. Defendant Toranyan used a fake return address to hide the fact that he sells stolen property.

45. Defendant Toranyan knows that the MacuHealth bottles he is selling are stolen.

46. Defendant Toranyan's listings under username artora-42 are still active on eBay.

47. Defendant Toranyan continues to sell stolen property on eBay.

48. MacuHealth is unable to test and sell the MacuHealth bottles Toranyan is selling.

49. MacuHealth's goodwill and reputation is harmed by the selling of its untested product.

**Toranyan's Conversion**

50. MacuHealth owns the untested MacuHealth bottles from Lot # 274401.

51. Toranyan sold and continues to sell MacuHealth's bottles from Lot # 274401 without its consent.

52. Toranyan is substantially interfering with MacuHealth's property by selling Lot # 274401.

53. MacuHealth is harmed by Toranyan's interference with its property as it is unable to test the bottles in Toranyan's possession and sell them if they pass inspection.

/ / /

**Toranyan's Trademark Infringement and Counterfeiting**

54. MacuHealth is the owner of the registered trademark "MACUHEALTH", U.S. Reg. No. 3655528.

55. The products being sold by Toranyan bear the mark "MACUHEALTH".

56. The products being sold by Toranyan appear to be identical to the products sold by MacuHealth.

57. The products being sold by Toranyan were not analyzed to determine whether they meet MacuHealth's label claim.

58. The products being sold by Toranyan materially different that MacuHealth's product.

59. Consumers are likely to be deceived into thinking that the source of the MacuHealth bottles Toranyan is selling is MacuHealth, when instead the source is stolen straight from the manufacturer without subsequent testing.

60. Consumers are likely to be confused into thinking that the source of the MacuHealth bottles Toranyan is selling is MacuHealth, when instead the source is stolen straight from the manufacturer without subsequent testing.

61. MacuHealth has been damaged by Toranyan's use of the MacuHealth Mark.

**CLAIM I- TRADEMARK INFRINGMENT AND COUNTERFEITING**

**15 U.S.C. 1114**

62. MacuHealth repeats and incorporates herein each of the preceding paragraphs.

63. MacuHealth is the owner of the trademark "MacuHealth".

64. The trademark "MacuHealth" is registered under U.S. Reg. No. 3655528.

65. Defendant Toranyan is using the identical mark "MacuHealth" in commerce.

66. The product Defendant Toranyan is selling are materially different than the MacuHealth product, at least because the product they are selling has not been tested for compliance with the label claim.

67. Defendant's use of the mark "MacuHealth" is likely to cause consumer confusion.

68. Defendant's use of the mark "MacuHealth" is likely to cause consumer deception.

69. Defendant's trademark infringement and counterfeiting has been willful.

70. MacuHealth has been injured by the above-described actions.

**CLAIM II- SALE OF STOLEN PROPERTY**

**CAL. PEN. CODE § 496**

71. MacuHealth repeats and incorporates herein each of the preceding paragraphs.

72. The goods being sold by Toranyan are stolen.

73. Toranyan knows that the goods they are selling are stolen.

74. MacuHealth has been injured by the above-described actions.

**CLAIM III- CONVERSION**

**CALIFORNIA COMMON LAW**

75. MacuHealth repeats and incorporates herein each of the preceding paragraphs.

76. MacuHealth is the owner and rightful possessor of the MacuHealth bottles in Lot #274401.

77. Defendants have exercised wrongful dominion over the MacuHealth bottles in Lot #274401, at least by selling the bottles in Lot #274401 to its customers.

78. MacuHealth has been damaged by the above-described actions.

**CLAIM IV- VIOLATION OF THE CALIFORNIA UNFAIR COMPETITION LAW**

**CAL. BUS. & PROF. CODE § 17200**

79. MacuHealth repeats and incorporates herein each of the preceding paragraphs.

80. By stealing the identity of the trucking company in order to divert the MacuHealth bottles in Lot #274401 to California, Defendants have engaged in an unlawful, unfair and fraudulent business practice. ‘

81. By selling the stolen MacuHealth bottles in Lot#274401, Defendants have engaged in an unlawful, unfair, and fraudulent business practice.

82. By selling untested product under MacuHealth’s mark, Defendants have engaged in an unlawful, unfair, and fraudulent business practice.

83. MacuHealth has lost money due to Defendants unlawful, unfair, and fraudulent business practices.

**CLAIM V- UNFAIR COMPETITION**

**CALIFORNIA COMMON LAW**

84. MacuHealth repeats and incorporates herein each of the preceding paragraphs.

85.Toranyan are passing off stolen untested MacuHealth product as the genuine MacuHealth product to their customers.

86.MacuHealth has been damaged by the above-described actions.

**PRAYER FOR RELIEF**

**WHEREFORE**, MacuHealth prays for relief as follows:

A. For a judgment determining that Toranyan has infringed MacuHealth’s trademark;

B. For a finding that Toranyan’s trademark infringement has been willful;

C. For a finding that Toranyan sold counterfeit MacuHealth goods;

D. For a judgment determining that Toranyan has sold stolen property in violation of Cal. Pen. Code § 496;

E. For a judgement determining that Toranyan has committed conversion in violation of California Common Law;

F. For a judgement determining that Toranyan has violated the California Unfair Competition Statute, Cal. Bus. & Prof. Code § 17200;

G. For a judgement determining that Toranyan has committed unfair competition in violation of California common law;

H. For a judgment awarding MacuHealth (i) its actual damages, trebled, in an amount to be determined in excess of $75,000, (ii) any profits made by Toranyan, (iii) costs of this action including attorneys' fees; (iv) statutory damages of up to $2,000,000 under 15 U.S.C. § 1117(c) for the use of the counterfeit mark;

I. For an injunction preliminarily and permanently ordering Toranyan to cease selling the infringing products.

J. For an order of replevin directing Toranyan to return the stolen property to MacuHealth.

**DEMAND FOR JURY TRIAL**

Plaintiff MACUHEALTH, LP hereby demands a trial by jury.

Dated: October 5, 2026

Respectfully submitted,

HARNESS, DICKEY & PIERCE PLC

By: /s/ JEREMIAH J. FOLEY
Glenn E. Forbis (*Pro Hac Vice* forthcoming)
Jeremiah J. Foley (*Pro Hac Vice* forthcoming)

*Counsel for Plaintiff*

HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: /s/ EDWARD W. LUKAS, JR.
Edward W. Lukas, Jr.

*Local Counsel for Plaintiff*