# EXHIBIT 1

# Order details

Pr

You've scored yourself a reward!
Claim $40 back, chance to win $3,000 & more
View rewards
Terms Apply · SPONSORED

DELIVERED




**Mon, Sep 28 at 11:40am**

5X Bottles Triple Carotenoid Eye Health Supplement, 90 Softgels, Exp 0

Track Package

BLOOMFIELD HILLS, MI

## Order info

| | |
|---|---|
| Time placed | Sep 24, 2026 at 6:48 AM |
| Order number | 20-15190-14765 |
| Total | $89.37 (1 item) |
| Sold by | artora-42 |

## Delivery info

Delivered on **Mon, Sep 28**

| Paid | Tracking available | Delivered |
|---|---|---|
| Sep 24 | Sep 24 | Sep 28 |

**Tracking details**

Number 9334610967000001067792

Track package

## Item info




5X Bottles Triple Carotenoid Eye Health Supplement, 90 Softgels, Exp 0 **$78.94**

**Item number:** 237086994932

New

Returns not accepted.

Buy again

More actions

## Other actions

Contact seller

## Shipping address

Frederic JOUHET
70 E Long Lake Rd
Bloomfield Hills, Michigan 4
United States

## Payment info

f***c@avantiusgroup

1 item

eBay shipping (eBay collec

**Order total**

*We're required by law to cc
applicable fees for certain t
Learn more

How do you like our order deta
Tell us what you think

?

# Order details

Pr

You still have 5 active rewards
Redeem $40 back, win $3,000 & more*
View my rewards
*Terms Apply · SPONSORED



DELIVERED
**Mon, Sep 28 at 11:39am**
3X Bottles Triple Carotenoid Eye Health Supplement, 90 Softgels, Exp 09/27
Track Package
BLOOMFIELD HILLS, MI

## Order info

| | |
|---|---|
| Time placed | Sep 24, 2026 at 6:57 AM |
| Order number | 10-15208-62077 |
| Total | $57.93 (1 item) |
| Sold by | artora-42 |

## Delivery info

Delivered on **Mon, Sep 28**

**Paid** Sep 24

**Tracking available** Sep 24

**Delivered** Sep 28

### Tracking details

Number 9300110967000002009485

Track package

## Item info



3X Bottles Triple Carotenoid Eye Health Supplement, 90 Softgels, Exp 09/27 **$50.99**

**Item number:** 237086992625

New

Returns not accepted.

Buy again

More actions

## Other actions

Contact seller

## Shipping address

Frederic JOUHET
70 E Long Lake Rd
Bloomfield Hills, Michigan 4
United States

## Payment info

f***c@avantiusgroup

1 item

eBay shipping (eBay collec

**Order total**

*We're required by law to cc
applicable fees for certain t
Learn more

How do you like our order deta
Tell us what you think

?