# EXHIBIT 2


UNITED STATES POSTAL SERVICE.
USPS APIs
usps.com
G
US POSTAGE
Cubic
U.S. POSTAGE PAID
Mailed from 92338
USPS GROUND ADVANTAGE™
ARMEN TORANYAN
17627 HC 1
LUDLOW CA 92338-9801
Created 09/24/2026
RDC 01
FREDERIC JOUHET
70 E LONG LAKE RD
BLOOMFIELD HILLS MI 48304-2356
USPS TRACKING # USPS Ship
9334 6109 6700 0001 0677 92
UNITED STATES POSTAL SERVICE.
USPS APIs
usps.com
G
US POSTAGE
U.S. POSTAGE PAID
Mailed from 92338
USPS GROUND ADVANTAGE™
ARMEN TORANYAN
17627 HC 1
LUDLOW CA 92338-9801
Created 09/24/2026
RDC 01
FREDERIC JOUHET
70 E LONG LAKE RD
BLOOMFIELD HILLS MI 48304-2356
USPS TRACKING # USPS Ship
9300 1109 6700 0002 0094 85