# EXHIBIT 3


LOT #: 274401
EXP: 09/27