Narek Zohrabyan (CA BAR NO. 290385)
Email: nzoh@philip.law
Karen 'Kirk' Galoyan (CA BAR NO. 331594)
Email: kgaloyan@philip.law

**Phil IP Law Inc.**
500 North Brand Blvd., Suite 1690
Glendale, California 91203
Telephone: (619) 929-0606

Attorney for Defendant ARMEN TORANYAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MACUHEALTH, LP,

Plaintiff,

vs.

ARMEN TORANYAN,

Defendant.

Case No. 2:26-cv-11574-DMG-MBK

District Judge:
Hon. Dolly M. Gee

Magistrate Judge:
Hon. Michael B. Kaufman

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint Served: October 31, 2026
Current Response Date: November 23, 2026
New Response Date: December 23, 2026

# STIPULATION

Pursuant to Local Rule 8-3, plaintiff MACUHEALTH, LP ("Plaintiff") and defendant ARMEN TORANYAN ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on October 5, 2026 Plaintiff filed its Complaint in this action;

WHEREAS, Plaintiff served its Complaint on Defendant on October 31, 2026;

WHEREAS, Defendant's deadline to respond to the Complaint is currently November 23, 2026;

WHEREAS, pursuant to Local Rule 8-3, the parties have agreed to extend Defendant's deadline to respond to the Complaint by thirty (30) days, from November 23, 2026, to December 23, 2026;

WHEREAS, the Defendant has recently retained counsel that is evaluating the claims in this case and is in contact with the opposing party's counsel;

WHEREAS, the parties believe that settlement is viable and that it would be worthwhile to engage in settlement discussions; and

NOW THEREFORE, pursuant to Local Rule 8-3, the parties hereby stipulate that Defendant's deadline to answer or otherwise respond to the Complaint is extended to December 23, 2026.

//

//

//

//

//

//

//

//

//

Dated: November 23, 2026 **PHIL IP LAW INC.**

By: /s/ Narek Zohrabyan
NAREK ZOHRABYAN
KAREN 'KIRK' GALOYAN
Attorneys for Defendant

Dated: November 23, 2026 **HARNESS, DICKEY & PIERCE PLC**

By: /s/ JEREMIAH J. FOLEY
Glenn E. Forbis (Pro Hac Vice)
Jeremiah J. Foley (Pro Hac Vice)

Counsel for Plaintiff

**Attestation Regarding Signatures**

I, Narek Zohrabyan, am the filer of the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3), and attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and that I have obtained authorization to file this document with the "/s/" electronic signatures appearing within the foregoing document.

By:/s/ Narek Zohrabyan
Narek Zohrabyan
Attorneys for Defendant